IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JENNIFER GINA KOSCINSKI PLAINTIFF

V. Case No. 4:26-cv-00348-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

**JUDGMENT**

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Jennifer Gina Koscinski, reversing the Commissioner's decision and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

DATED this 6th day of August, 2026.

Benecia Moore
UNITED STATES MAGISTRATE JUDGE